UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRAIG R. FITSCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant, ) <br> ) <br> CENTRAL WASHINGTON HEALTH ) <br> SERVICES ASSOCIATION, INC., ) <br> d.b.a. CENTRAL WASHINGTON ) <br> HOSPITAL, ) <br> ) <br> Third Party Defendant. ) <br> ) | NO.  CV-06-078-LRS <br><br> **ORDER DENYING CENTRAL WASHINGTON HOSPITAL'S MOTION FOR RECONSIDERATION OF CONTINUANCE** |

**BEFORE THE COURT** is Central Washington Hospital's Motion for Reconsideration of this Court's August 15, 2007 order granting a continuance of Defendant's motion for summary judgment (Ct. Rec. 70), filed August 16, 2007.

In its motion for reconsideration, Defendant Central Washington Hospital argues that Marcie Vixie was deposed on August 15, 2007, thereby doing away with the necessity of a continuance. Ct. Rec. 70 at 2. However, in light of this Court's current calendar during the month of October, the Court stands by its earlier ruling.

The summary judgment hearing will be held on **November 1, 2007 at 2:30 p.m. in Yakima,** Washington.

ORDER - 1

1  The Clerk is directed to enter this order and provide copies to
2  counsel.
3  **DATED** this 28th day of September, 2007.

                                    *s/Lonny R. Suko*
                              _____
                                      LONNY R. SUKO
                              United States District Judge

ORDER - 2